IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
April 10, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JG_____
DEPUTY

**Bradley Mrkvicka, individually and on behalf of all other similarly situated employees**

 *Plaintiffs,*

v.

**Certified Tree Care LLC; Certified Tree Care Group LLC; Certified Tree Care Fort Worth LLC; and Brian Hisey**

 *Defendants.*

No. 1:23-cv-00047-II

## ORDER APPROVING FLSA SETTLEMENT AND PLAINTIFFS' UNOPPOSED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT

  This Order addresses Plaintiffs' Unopposed Motion to Approve Collective Action Settlement [Doc. 24] ("the Motion"). The Court finds that a *bona fide* dispute exists under the FLSA and the parties' settlement is a fair and reasonable compromise of a *bona fide* dispute. *See Trevino v. Colt Oilfield Servs., LLC*, No. 5-18-CV-01304-FB-RBF, 2019 U.S. Dist. LEXIS 143315, at *3 (W.D. Tex. May 6, 2019) ("A reviewing court must determine that a settlement is a 'fair and reasonable resolution of a bona fide dispute over FLSA provisions.'") (quoting *Alaniz v. Maxum Petroleum Operating Co., Inc.*, No. SA-15-CV-00373-XR, 2016 U.S. Dist. LEXIS 150658, 2016 WL 6462206, at *1 (W.D. Tex. Oct. 31, 2016) (citation omitted)).

  Accordingly, the Court **APPROVES** the Parties' settlement and GRANTS the Motion in all respects. **IT IS HEREBY ORDERED** as follows:

  1. The Court approves the Notice and Release form *attached as* Exhibit 2 to the

Settlement Agreement.

2. The Court authorizes the dissemination of the Notice and Release form to the 13 settlement class members (identified in the chart *attached as* Exhibit 1 to the Settlement Agreement), permitting them an opportunity to opt-in to the settlement.

3. The Court approves the attorneys' fees and costs requested (including the cost of the third-party settlement administrator).

4. The Court finds that the plan for Notice (as defined in the Settlement Agreement) is the best notice practicable under the circumstances and satisfies the requirements under the FLSA. The plan is approved and adopted. The Court further finds that the Notice complies with Section 216(b) of the FLSA and is appropriate as part of the plan for issuing notice set forth in the Settlement Agreement as approved and adopted.

The Court maintains jurisdiction over the settlement, including to resolve any disputes or enforce the terms of the Parties' settlement. Otherwise, this action is dismissed in its entirety, with prejudice, subject to the terms of the Settlement Agreement.

**SO ORDERED**; signed ____Apri 10_____, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE