IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN          DIVISION

Bradley Mrkvicka, individually and on behalf
of all other similarly situated employees

vs.

CIVIL NUMBER 1:23-cv-00047

Certified Tree Care LLC; Certified Tree Care
Group LLC; Certified Tree Care Fort Worth
LLC; and Brian Hisey

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the 21st day of November, 2024, in favor of     Bradley Mrkvicka, individually and on behalf of all other similarly situated employees

against Certified Tree Care LLC; Certified Tree Care Group LLC; Certified Tree Care Fort Worth LLC; and Brian Hisey, jointly and severally, in the sum of $308,826.85 with interest at the rate of 15 per cent per annum from the 21st                     day of November, 2024.

In addition, the Judgment will continue to accrue a daily penalty of $500.00 per day from the 5th day of November, 2024, until the Judgment is paid in full.

Costs have been taxed by the Clerk of Court in the sum of $ 0.00                                          .

Credits reflected by returns on execution in the sum of $0.00                                          .

The address of the defendant shown in this suit in which said judgment was rendered:

**Brian Hisey**
412 Crosstrail Drive
Spicewood, Texas 78669
DOB: 10/22/1984
SSN: xxx-xx-x585

**Certified Tree Care LLC**
412 Crosstrail Drive
Spicewood, Texas 78669

**Certified Tree Care Fort Worth LLC**
412 Crosstrail Drive
Spicewood, Texas 78669

**Certified Tree Care Group LLC**
412 Crosstrail Drive
Spicewood, Texas 78669

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this 12th    day of Februray          , 20 24  .

PHILIP J. DEVLIN, CLERK

By _____
Deputy Clerk